# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00481-CV

## In re Kaite Liu and Changlun Du

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties to this original proceeding filed a letter with the Court on November 8, 2024, advising us that the parties have reached an agreement regarding the subject matter of the mandamus petition. They further notified us that they anticipated filing a joint motion to dismiss the mandamus within approximately fourteen days from the date of the letter. The parties also informed us that their agreement requires the submission and approval of an order at the trial court below vacating the order that is the subject of the mandamus, and accordingly, that they needed time to submit the order to the trial court for signature.

More than 30 days have passed since the Court's receipt of the parties' joint letter. On its own motion, the Court abates the original proceeding for 30 days to allow the parties time to finalize their agreement in the trial court. The parties shall submit a motion to dismiss the mandamus, a motion to reinstate the mandamus, or a status report on the trial-court proceedings accompanied by a motion to extend the abatement on or before January 16, 2025. The original proceeding will remain abated until further order of this Court.

It is so ordered on December 17, 2024.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed:   December 17, 2024